# Court of Appeals
# of the State of Georgia

ATLANTA,  April 23, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1301. DANIEL JEROME WARTHEN v. ERIC LEVETT et al.

Daniel Jerome Warthen filed a habeas corpus petition against Rockdale County Sheriff Eric Levett and James Steven Purvis.[1] The trial court thereafter dismissed the petition, and Warthen appeals.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/23/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*

---

[1] Although the petition was filed against Levett and Purvis, in all other filings, the defendants are identified as Levett and Clifford Kurlander.